PROB12A1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## REPORT OF OFFENDER NON-COMPLIANCE

| | |
|---|---|
| **Offender Name:** | Hossein Habibian |
| **Docket Number:** | 2:03CR00496-01 |
| **Offender Address:** | Carmichael, California |
| **Judicial Officer:** | Honorable Garland E. Burrell, Jr.<br>United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 06/18/2004 |
| **Original Offense:** | 18 USC 371, 1341 - Conspiracy to Commit Mail Fraud (CLASS D FELONY) |
| **Original Sentence:** | 60 months Probation; $55,104 Restitution; $100 Special Assessment. |
| **Special Conditions:** | Search and seizure; Financial access and restrictions; Correctional drug treatment and testing; Mental health counseling; 6 months Community Corrections Center (CCC); $25 co-payment for treatment services. |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 06/15/2006 |
| **Assistant U.S. Attorney:** | Michelle Rodriguez    **Telephone:** 916.554.2700 |
| **Defense Attorney:** | Daniel Broderick<br>Federal Defender    **Telephone:** 916.498.5700 |

**Other Court Action:**

<u>08/30/2004</u>: Prob 12C Petition/Warrant Request filed charging: 1) Failure to Report to the Probation Officer as Instructed; 2) Failure to Notify the Probation Officer of Change in Residence; and 3) Use of Controlled Substances - Hydromorphone/Hydrocodone. Bench Warrant issued.

**RE:** Hossein HABIBIAN
     **Docket Number:   2:03CR00496-01**
     <u>**REPORT OF OFFENDER NON-COMPLIANCE**</u>

<u>**01/06/2006**</u>:  Probation revoked.  Sentenced to the custody of Bureau of Prisons for 9 months; 36-month Term of Supervised Release under the original terms and conditions previously imposed, with exception of 6 months CCC placement.

---

### NON-COMPLIANCE SUMMARY

The purpose of this report is to advise the Court of an alleged violation of the terms of supervision.  The Probation Officer has developed a plan to dispose of the alleged non-compliance with action less than revocation, and the Court is requested to approve the plan to address the non-compliance.

1. **ILLICIT DRUG USE (JUNE 29, 2006 - AMPHETAMINE/METHAMPHETAMINE and MORPHINE); (JULY 24, 2006 - COCAINE)**
2. **MISSED DRUG TESTING APPOINTMENTS (JUNE 27 and 28, 2006)**
3. **TRAVEL OUTSIDE THE DISTRICT WITHOUT AUTHORIZATION**

**Details of alleged non-compliance:**  On June 28, 2006, the releasee called the probation office and left a message advising he had driven a friend to San Francisco and was unable to return to Sacramento in time to report for drug testing.  He did not have prior approval to leave the District.

On June 27 and 28, 2006, the releasee was scheduled for randomly scheduled drug testing at The Effort in Sacramento.  He failed to report as scheduled, in violation of his special conditions requiring him to participate in a drug testing program.

On June 29, 2006, the releasee submitted a urine sample which proved positive for the presence of Amphetamine/Methamphetamine and Morphine.  Although the releasee takes a number of medications, consultation with Scientific Testing Laboratories revealed none of the releasee's medications could produce a positive result as reflected in the drug analysis report.

**RE:**   Hossein HABIBIAN
     Docket Number:   2:03CR00496-01
     <u>REPORT OF OFFENDER NON-COMPLIANCE</u>

On July 24, 2006, the releasee submitted a urine sample, which proved positive for the presence of cocaine.  When confronted with the results of this test, the releasee admitted to using controlled substances.  He attributed his use of drugs to stresses in his life.

At the time of the recent violation conduct, the releasee was participating in a variety of government-paid services.  These included random drug testing, individual drug prevention counseling, and mental health services, including prescribed psychotropic medications to address anxiety, anger, and depression.  The releasee's family has abandoned him, and his wife and children continue to reside with the releasee's brother in Canada.  The releasee has experienced great difficulty in obtaining a stable residence, and he has been dependent upon others for transportation needs.  Further, he has experienced great difficulty in obtaining gainful employment.  These factors have contributed to his depression, his inability to remain focused, and his ability to comply with the Court's orders.

Court intervention was seriously considered with confinement contemplated to address the releasee's violation conduct.  However, it now appears the releasee's medications are working effectively, and he has expressed a genuine interest in complying with any and all directives placed upon him by the Court and the probation office.

**United States Probation Officer Plan/Justification:**   As a consequence for the releasee's use of controlled substances, he has been referred to participate in the District's Intermediate Sanctions Program (ISP), a program designed for offenders who are in technical violation of their supervision conditions.  Topics in this program include: values, honesty, tolerance, responsibility, accountability, etc.  This group meets weekly.  In addition, the releasee has been directed to participate in a Job Seekers Program to assist him with resume preparation, job skills training, and securing employment resource materials.  This program also meets weekly.  The releasee has been directed to continue participating in randomly scheduled drug testing (presently at four times per month) and individual counseling to address his continued sobriety and relapse prevention.

RE:   Hossein HABIBIAN
      Docket Number:   2:03CR00496-01
      REPORT OF OFFENDER NON-COMPLIANCE

The releasee has been advised that his failure to participate in any of the above-mentioned programs, or failure to report for drug testing or counseling services, will result in another Petition to the Court. The releasee expressed great concern over the possibility of returning to custody, and he emphasized his desire to meet his obligations as outlined above.

The above sanctions are considered sufficient to bring the releasee back into compliance with the terms and conditions of his supervised release. Should he waiver from the outlined program, the Court will be notified and, most likely, more restrictive sanctions will be recommended.

Respectfully submitted,

/s/ Michael A. Sipe

**MICHAEL A. SIPE**
**Senior United States Probation Officer**
Telephone: 916.786.2357

DATED:  September 18, 2006
        Roseville, California
        MAS:jc


REVIEWED BY:   /s/ Richard A. Ertola
               **RICHARD A. ERTOLA**
               **Supervising United States Probation Officer**

RE: Hossein HABIBIAN
Docket Number: 2:03CR00496-01
**REPORT OF OFFENDER NON-COMPLIANCE**

**THE COURT ORDERS:**

( X )  The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.

(  )  Submit a Request for Modifying the Conditions or Term of Supervision.

(  )  Submit a Request for Warrant or Summons.

(  )  Other:

Dated: September 26, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

cc: United States Probation
Michelle Rodriguez, Assistant United States Attorney
Daniel Broderick, Defense Attorney