1  CANDACE A. FRY
   CA Bar No. 68910
2  2401 Capitol Avenue
   Sacramento, CA  95816
3  Telephone:  (916) 446-9322
   FAX:  (916) 446-0770
4
   Attorney for HOSSEIN HABIBIAN,
5  Defendant

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )  No. CR.S-03-496-GEB
                                  )
12          Plaintiff,             )  **STIPULATION AND ORDER AMENDING**
                                  )  **JUDGMENT IN CRIMINAL CASE BY**
13     v.                          )  **EXTENDING DEFENDANT'S SELF-**
                                  )  **SURRENDER DATE FROM JANUARY 19,**
14 HOSSEIN HABIBIAN,              )  **2007, TO FEBRUARY 9, 2007**
                                  )
15          Defendant.             )
                                  )
16 _____)

17

18     The parties hereto, by and through their respective attorneys,

19 hereby stipulate and agree as follows:

20     The date for self-surrender of the defendant, HOSSEIN HABIBIAN, to

21 the institution designated by the Bureau of Prisons or, if no

22 designation, to the United States Marshal, is hereby extended from

23 January 19, 2007, for three weeks to February 9, 2007.

24     This stipulation is entered into by the parties with the approval

25 of the defendant's supervising Probation Officer.  The purpose of this

26 stipulation is to afford sufficient time for the Bureau of Prisons to

27 designate an institution and avoid the defendant's incarceration at the

28 Sacramento County Jail until designation and transport.

-1-

| | | |
|---|---|---|
| 1 | Dated: January 17, 2007 | /s/ Candace A. Fry |
| 2 | | CANDACE A. FRY, Attorney for HOSSEIN HABIBIAN, Defendant |

Dated: January 17, 2007                McGREGOR W. SCOTT
                                       United States Attorney

                                   By  /s/ Candace A. Fry for
                                       MICHELLE RODRIGUEZ,
                                       Assistant U.S. Attorney

                                       (Signed for Ms. Rodriguez with
                                       her authorization)

## O R D E R

IT IS HEREBY ORDERED that the Judgment entered herein on January 5, 2007, is amended to provide that the defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons before 2:00 on February 9, 2007, or, if no such institution has been designated, to the United States Marshal for this district.

In all other respects the Judgment imposing sentence on the defendant upon revocation of supervised release shall remain the same.

Dated: January 18, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge